1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5082
       FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Attorneys for the Federal Defendant

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  MAIDA DZAKULA,                       )   No. C10-5462 PSG
                                         )
13          Plaintiff,                   )   STIPULATION AND [XXXXXXXXXX]
                                         )   ORDER CONTINUING CASE
14      v.                               )   MANAGEMENT CONFERENCE
                                         )
15  JOHN McHUGH, Secretary of the Army,  )   Case Management Conference
                                         )   Currently Set for January 25, 2010
16          Defendant.                   )
                                         )
17

18      This case is currently scheduled for an initial case management conference on January 25,

19  2011. There have been no previous continuances of the case management conference.

20      At present, the defendant's deadline for responding to the complaint is February 14, 2011.

21  In addition, plaintiff's counsel has advised that an administrative mediation is currently

22  scheduled in a related matter in late January 2011. It is possible that the mediation of the related

23  matter could resolve the instant case.

24      Counsel for the parties believe that the case management conference and the related meet

25  and confer obligations will be more productive after the federal defendant has responded to the

26  complaint and after the mediation in the related matter. The parties therefore stipulate and

27  request that the initial case management conference be continued to March 22, 2011.

28

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: January 3, 2011 | LAW OFFICE OF DARREN BOGIE |
|   | /s/ Darren J. Bogie |
|   | DARREN J. BOGIE<br>Attorney for Plaintiff |
| DATED: January 3, 2011 | MELINDA HAAG<br>United States Attorney |
|   | /s/ Claire T. Cormier |
|   | CLAIRE T. CORMIER[1]<br>Assistant United States Attorney |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the initial case management conference for this case is continued to March 22, 2011 at 2:00 p.m. The other case management deadlines are continued accordingly.

DATED: January 4, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RELATED DEADLINES
C 10-5462 PSG                                    2