MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAIDA DZAKULA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN McHUGH, Secretary of the Army,<br><br>    Defendant.| No. C10-5462 PSG<br><br>ORDER DENYING<br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference Currently Set for March 22, 2010 |

    This case is currently scheduled for an initial case management conference on March 22, 2011.  There has been one previous continuance of the case management conference.  Defendant has filed a motion to dismiss which is scheduled for hearing on April 19, 2011. Counsel believe that the case management conference and the related meet and confer obligations will be more productive after a decision on the defendant's motion to dismiss.  The parties therefore stipulate and request that the initial case management conference be continued to May 17, 2011, and that the related case management dates be continued accordingly.

                                                           Respectfully submitted,

DATED: March 1, 2011                         LAW OFFICE OF DARREN BOGIE

                                                           /s/ Darren J. Bogie
                                                         _____
                                                         DARREN J. BOGIE
                                                         Attorney for Plaintiff

```
DATED: March 1, 2011                MELINDA HAAG
                                    United States Attorney

                                    /s/ Claire T. Cormier
                                    _____
                                    CLAIRE T. CORMIER[1]
                                    Assistant United States Attorney
```

**[PROPOSED] ORDER**

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~  **DENIED**

```
DATED: March 2, 2011                /s/ Paul S. Grewal
                                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge
```

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RELATED DEADLINES
C 10-5462 PSG                          2