```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for the Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAIDA DZAKULA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JOHN McHUGH, Secretary of the Army, ) <br> ) <br>     Defendant. ) <br> _____) | No. C10-5462 PSG <br><br> STIPULATION TO MEDIATION AND <br> xxxxxxxxxxx ORDER |

Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program

                                                 Respectfully submitted,

DATED: March 17, 2011             LAW OFFICE OF DARREN BOGIE

                                                 /s/ Darren J. Bogie
                                                 _____
                                                 DARREN J. BOGIE
                                                 Attorney for Plaintiff

DATED: March 17, 2011             MELINDA HAAG
                                                 United States Attorney

                                                 /s/ Claire T. Cormier
                                                 _____
                                                 CLAIRE T. CORMIER[1]
                                                 Assistant United States Attorney

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

      Pursuant to the stipulation of the parties, this case is hereby referred to the Court's mediation program. **IT IS SO ORDERED.**

DATE: __March 21, 2011__          _/s/ Paul S. Grewal_
                                            PAUL S. GREWAL
                                            United States Magistrate Judge