| | |
|---|---|
| 1 | MELINDA HAAG (SBN 132612)<br>United States Attorney |
| 2 | ALEX G. TSE (CSBN 152348)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (SBN 172954)<br>Assistant United States Attorney |
| 4 |    150 Almaden Blvd., Suite 900<br>   San Jose, California 95113 |
| 5 |    Telephone:   (408) 535-5087<br>   Facsimile:   (408) 535-5081 |
| 6 |    Email:   michael.t.pyle@usdoj.gov |

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIDA DZAKULA,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN McHUGH, Secretary of the Army,<br><br>   Defendant. | No. C10-05462 PSG<br><br>[~~PROPOSED~~] ORDER RELATING CASES<br><br>No. 12-03989 WHA |

An Administrative Motion to Determine Whether Cases Should Be Related has been filed stating that the following cases are related within the meaning of Civil L.R. 3-12:

   C 10-05462 PSG    *Dzakula v. McHugh*

   C 12-03989 WHA    *Dzakula v. McHugh*

On the basis of the material submitted to the Court and the Court's own files in the two cases, as the Judge assigned to the earliest filed case, I find that the cases ARE RELATED as defined by Civil L.R. 3-12. Accordingly, the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials PSG immediately after the case number. All matters presented scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

DATED: _____October 19_____, 2012    *[signature]* Paul S. Grewal

                                           PAUL S. GREWAL<br>
                                           United States Magistrate Judge